# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WENDALL RESHAWN HINES

NO. 2021 KW 0854

OCTOBER 05, 2021

---

In Re:     Wendall Reshawn Hines, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2016-203177.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of documents that would assist with addressing his complaint including the search warrant, the affidavit in support thereof, and the transcript of the hearing at which the district court ruled the State did not have to reveal the identity of the confidential informant. For that reason, the writ application is denied on the showing made. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before November 04, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT